five typewritten copies of the brief. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of RICHARD MINOR, Petitioner, against JOSEPH P. KELLY, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before December 15, 1959 and is ready for argument at the January 1960 Term of this court, in which event the motion is denied. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ BODNAR INDUSTRIES, INC., Appellant, v. STATE OF NEW YORK, Respondent, and NESTUN REALTY CORP., Intervenor-Respondent.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, files and serves record and brief on or before December 15, 1959 and is ready for argument at the January 1960 Term of this court, in which event the motion is denied. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY LE ROY DOTY, Appellant.— Application in a criminal action for an extension of time within which to perfect appeal. Application granted and time is extended to December 15, 1959. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of J. JOYCE GILL et al., Respondents. EMPIRE STATE MUSIC FESTIVAL, INC., Appellant. ISADOR LUBIN, as Industrial Commissioner, Respondent. In the Matter of EMPIRE STATE MUSIC FESTIVAL, INC., Appellant. ISADOR LUBIN, as Industrial Commissioner, Respondent.— Application for an order appointing an attorney and counselor at law to represent claimants pursuant to subdivision 1 of section 538 of the Labor Law. Application granted and Robert L. Harder, Esq., 90 State Street, Albany, New York, is appointed. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. OTTO RANDALL, Appellant.— Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DONALD E. WISE, Appellant.— Application for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Application for assignment of counsel denied. Application in all other respects denied. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ RALPH W. WALDO, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 32726.) Motion to dismiss appeal granted, by default, without costs. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. PETER POWERS, Respondent, against J. VERNEL JACKSON, as Warden of Clinton Prison, Appellant.— Motion to dismiss appeal granted, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before December 15, 1959, and is ready for argument at the January 1960 Term of this court, in which event the motion is denied. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ HENRY T. NEELY, Administrator of the Estate of PHILIP A. NEELY, Deceased, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 33508.)